IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FARHIYO MOHAMMED HASSAN,**

    **Plaintiff,**

  v.                                    Civil Action 2:24-cv-0687
                                        Judge James L. Graham
                                        Magistrate Judge Jolson

**MARC D. DILLARD, et al.,**

    **Defendant,**

### ORDER

The parties move to stay these proceedings until June 25, 2024. (Doc. 9). During this 90-day period, the parties represent that they will continue processing Plaintiff's Form I-130 petition, which may result in the resolution of this case. (*Id.* at 1–2). Therefore, for good cause shown, the parties' Joint Motion to Stay Proceedings (Doc. 9) is **GRANTED**. This case is **STAYED** until June 25, 2024. On that date, the parties are **ORDERED** to file a joint status report, unless a stipulation of dismissal has been filed prior to that time.

    IT IS SO ORDERED.


Date:  April 1, 2024                              <u>/s/ Kimberly A. Jolson</u>
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE